UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

        v.

**Balaam JACOME-Olalde,**

        Defendant

Magistrate Docket No. '08 MJ 1010

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **March 31, 2008**, within the Southern District of California, defendant, **Balaam JACOME-Olalde**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **2nd** DAY OF **APRIL 2008.**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Balaam JACOME-Olalde

## PROBABLE CAUSE STATEMENT

On March 31, 2008, Border Patrol Agent F. Ramirez Jr. was performing line watch duties, in the Campo, California area of responsibility. Agent Ramirez was working near an area located approximately 8 miles east of the Tecate, California Port of Entry and approximately 20 miles north of the U.S./Mexico International Boundary.

Agent Ramirez responded to a citizen report of two possible illegal aliens in the vicinity of an area known as Pine Valley, California. Upon arrival to the area he encountered a total of two individuals attempting to obtain a ride from the customers of a local convenience store. One of these individuals was later identified as the defendant **JACOME-Olalde, Balaam**. Agent Ramirez immediately identified himself as a United States Border Patrol Agent and questioned both subjects as to their citizenship and immigration status. Both subjects including the defendant admitted to having entered the United States without any immigration or travel documents that would allow them to enter or remain in the United States legally. Both subjects further admitted to being citizens of Mexico. Both subjects were arrested and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 21, 2007** through Port of Entry at **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.