1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:     (619) 234-8467
4  Facsimile:     (619) 687-2666
   Email:         David_Peterson@fd.org

6  Attorneys for Defendant

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE WILLIAM McCURINE)**

11  UNITED STATES OF AMERICA,           )  CASE NO. 08MJ1010
                                         )
12                  Plaintiff,           )
                                         )
13  v.                                   )
                                         )  **NOTICE OF APPEARANCE**
14  BALAAM JACOME-OLALDE,                )
                                         )
15                  Defendant.           )
                                         )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of
18  California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19  lead attorney in the above-captioned case.

20                                          Respectfully submitted,

22  Dated: April 10, 2008                   */s/ DAVID M. C. PETERSON*
                                            DAVID M.C. PETERSON
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
24                                          David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 10, 2008            /s/ *DAVID M. C. PETERSON*
DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
David_Peterson@fd.org (email)